WILLIAM YOUNG and CLEVEDALE YOUNG, also known as CLEVA-DELL YOUNG, his wife, v. SAUL GREIFF.

34 So. (2nd) 40                                              January Term, 1948
January 30, 1948                                                  Division B

Affirmed.

### JACK DORN v. GERTRUDE DORN

                                                            January Term, 1948
January 30, 1948                                                  Division B
Rehearing denied February 17, 1948

Affirmed.

PETER WASILEWSKI, alias PETER PHISKUNOFF, v. THE STATE OF FLORIDA.

34 So. (2nd) 40                                              January Term, 1948
February 3, 1948                                                   En Banc
Rehearing denied February 24, 1948

Affirmed.

CUMMER SONS CYPRESS COMPANY, a corporation, v. LEVY COUNTY LAND COMPANY, a corporation, and M. & M. TUR-PENTINE COMPANY, a corporation.

34 So. (2nd) 40                                              January Term, 1948
February 3, 1948                                                   En Banc
Rehearing denied February 25, 1948

Affirmed.

### WILLIAM T. DYKES v. STATE OF FLORIDA

34 So. (2nd) 40                                              January Term, 1948
February 3, 1948                                                  Division B
Rehearing denied February 23, 1948.

Affirmed.

### MILTON BURNETT v. MAUDE A. BURNETT

34 So. (2nd) 40                                              January Term, 1948
February 6, 1948                                                  Division A

Affirmed.